# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JONATHAN TYRONE TIBBS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 5:19-cv-01842-LSC-JHE |
| ) | |
| KEVIN TURNER, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On February 28, 2020, the magistrate judge entered a Report and Recommendation, (doc. 7), recommending that the petition for writ of habeas corpus be dismissed without prejudice. The court has received no objections.

The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be **DISMISSED**. A separate Order will be entered.

**DONE** AND **ORDERED** ON MAY 18, 2020.

```
            _____
                     L. SCOTT COOGLER
                UNITED STATES DISTRICT JUDGE
```
160704